# EXHIBIT B

| | |
|---|---|
| 1 | COOLEY LLP |
| | BENJAMIN H. KLEINE (257225) |
| 2 | (bkleine@cooley.com) |
| | KELSEY R. SPECTOR (321488) |
| 3 | (kspector@cooley.com) |
| | 101 California Street, 5th Floor |
| 4 | San Francisco, California  94111-5800 |
| | Telephone:     +1 415 693 2000 |
| 5 | Facsimile:      +1 415 693 2222 |
| 6 | Attorneys for Defendant |
| | MEDMARK SERVICES, INC. |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY WALSH, on behalf of himself and all others similarly situated, | Case No. |
| Plaintiff, | **NOTICE TO PLAINTIFF OF REMOVAL OF ACTION** |
| v. | |
| MEDMARK SERVICES, INC., | California Superior Court |
| Defendant. | County of Contra Costa |
| | Case No. C20-01535 |

TO: JIMMY WALSH

NOTICE IS HEREBY GIVEN that on September 23, 2020, Defendant MedMark Services, Inc., removed the action docketed in the Superior Court of the State of California, County of Contra Costa as Case No. C20-01535 to the United States District Court for the Northern District of California by filing a Notice of Removal of Civil Action with that Court, a copy of which is attached to this Notice.

Dated: September 23, 2020                                COOLEY LLP

By: /s/ *Benjamin Kleine*
    Benjamin Kleine

Attorneys for Defendant
MEDMARK SERVICES, INC.