# EXHIBIT C

1  COOLEY LLP
   BENJAMIN H. KLEINE (257225)
2  (bkleine@cooley.com)
   KELSEY R. SPECTOR (321488)
3  (kspector@cooley.com)
   101 California Street, 5th Floor
4  San Francisco, California 94111-5800
   Telephone:  +1 415 693 2000
5  Facsimile:  +1 415 693 2222

6  Attorneys for Defendant
   MEDMARK SERVICES, INC.
7

8  SUPERIOR COURT OF THE STATE OF CALIFORNIA

9  COUNTY OF CONTRA COSTA

10

11 | JIMMY WALSH, on behalf of himself and all others similarly situated, | Case No. C20-01535 |
   |---|---|
   | Plaintiff, | **NOTICE OF FILING OF NOTICE OF REMOVAL** |
   | v. | |
   | MEDMARK SERVICES, INC., | Trial Date: None Yet |
   | Defendant. | Date Action Filed: August 10, 2020 |

COOLEY LLP
ATTORNEYS AT LAW
COLORADO

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, on this date, MedMark Services, Inc., is filing with the United States District Court for the Northern District of California its Notice of Removal of Civil Action, a copy of which is attached to this Notice of Filing.

Pursuant to the provisions of 28 U.S.C. § 1446(d), the filing of the Notice of Removal of Civil Action effects the removal of this action from the Superior Court's jurisdiction, and the Superior Court "shall proceed no further unless and until the case is remanded" by the federal court." *Id.*

Dated: September 23, 2020                    COOLEY LLP


                                             By: /s/ *Benjamin Kleine*
                                                 Benjamin Kleine

                                             Attorneys for Defendant
                                             MEDMARK SERVICES, INC.

# CERTIFICATE OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 101 California Street, 5th Floor, San Francisco, California 94111-5800. On September 23, 2020, I served the documents described below in the manner described below:

- **NOTICE OF FILING OF NOTICE OF REMOVAL**

☒ (BY U.S. MAIL) I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following part(ies) in this action:

Todd M. Friedman
Adrian R. Bacon
Meghan E. George
Law Offices of Todd M. Freidman, P.C.
21550 Oxnard Street, Suite 780
Woodland Hills, CA 91367
Tel: 323-306-4234
Email: tfriedman@toddflaw.com;
abacon@toddflaw.com, mgeorge@toddflaw.com

***Attorneys for Plaintiffs, Jimmy Walsh, on behalf of himself, and all others similarly situated***

Executed on September 23, 2020, at San Francisco, California.

*/s/ Adriana Vera*
Adriana Vera

234291427